IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHELE GATES | : |
| | :    **CIVIL ACTION NO. 21-1081** |
| v. | : |
| | : |
| ARAMARK CAMPUS, LLC | : |

## ORDER

This 24th day of January 2022, for the reasons in the accompanying Memorandum, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment (ECF 20) is **DENIED** in part and **GRANTED** in part, as follows:

1) Defendant's Motion is **DENIED** with Respect to Plaintiff's Sex Discrimination Claim;

2) Defendant's Motion is **GRANTED** with Respect to Plaintiff's Hostile Work Environment Claim; and

3) Defendant's Motion is **GRANTED** with Respect to Plaintiff's Retaliation Claim.

/s/ Gerald Austin McHugh
United States District Judge